| | |
|---|---|
| 1 | LLOYD WINAWER, State Bar No. 157823 |
| | NICOLE M. HEALY, State Bar No. 157417 |
| 2 | BRIAN P. THOMAS, State Bar No. 223706 |
| | WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation |
| | 650 Page Mill Road |
| 4 | Palo Alto, CA 94304-1050 |
| | Telephone: (650) 493-9300 |
| 5 | Facsimile: (650) 565-5100 |
| | e-mail: bthomas@wsgr.com |

\*E-FILED 7/8/05\*

Attorneys for Defendant Atletico Morelia S.A. de C.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARQUEZ BROTHERS INTERNATIONAL, INC., a California corporation, | CASE NO.: C-05-01889-RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE REVISED** |
| vs. | |
| ATLETICO MORELIA S.A. DE C.V., a Mexico corporation, and DOES 1 through 20, inclusive, | |
| Defendants. | |

**STIPULATION**

WHEREAS, on May 31, 2005, the parties filed a Stipulation to Set Briefing Schedule and Hearing for Preliminary Injunction and to Extend Time to Respond to Complaint, which set the briefing schedule for Plaintiff's motion for a preliminary injunction, Defendant's opposition and Plaintiff's reply; and

WHEREAS, a scheduling conflict has arisen for counsel for Defendants; and

WHEREAS, the parties have met and conferred regarding a slight adjustment to the briefing schedule;

STIP. AND [PROPOSED] ORDER RE
BRIEFING SCHEDULE REVISED
CASE NO. C-05-01889-RS

1   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,
2   subject to approval of the Court, the remaining briefing schedule for Plaintiff's motion for
3   preliminary injunction shall be changed to:
4       Defendant's Opposition Due     July 15, 2005
5       Defendants' Reply Due           July 22, 2005
6
7       The hearing date of August 3, 2005, at 9:30 a.m., or such other date and time as the Court
8   deems appropriate, shall remain unchanged.
9
10  Dated: July 6, 2005                 WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation
11
12                                      By: /s/ Brian P. Thomas
                                            Brian P. Thomas
13
                                        Attorneys for Defendants
14
15
16  Dated: July 6, 2005                 SQUIRE, SANDERS & DEMPSEY L.L.P.
17
                                        By: /s/ Lisa E. Aguiar
18                                          Lisa E. Aguiar
19                                      Attorneys for Plaintiffs
20
21
22  IT IS SO ORDERED.
23
            July 8, 2005                /s/ Richard Seeborg
24  Dated: _____      _____
                                        Richard Seeborg
25                                      UNITED STATES MAGISTRATE JUDGE
26
27
28

STIP. AND [PROPOSED] ORDER RE              -2-
BRIEFING SCHEDULE REVISED
CASE NO. C-05-01889-RS

1     I hereby attest that I have on file all holograph signatures for any signatures indicated by
2 a "conformed" signature (/S/) within this efiled document.

4 Dated: July 7, 2005                           WILSON SONSINI GOODRICH & ROSATI
                                                                    Professional Corporation

                                           By:   /s/  Nicole M. Healy
                                                                      Nicole M. Healy

Attorneys for Defendants

STIP. AND [PROPOSED] ORDER RE                  -2-
BRIEFING SCHEDULE REVISED
CASE NO. C-05-01889-RS